# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GLADIS PERSON**, | Civil File No. 11-CV-2145- CM/JPO |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **BERLIN-WHEELER, INC**., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Gladis Person, and the defendant, Berlin-Wheeler, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: May 20, 2011

By  /s/J. Mark Meinhardt
J. Mark Meinhardt, #20245
4707 College Boulevard, Suite 100
Leawood, KS  66211
(913) 451-9797
(913) 451-6163 (fax)
meinhardtlaw@sbcglobal.net
ATTORNEY FOR PLAINTIFF

Dated: May 20, 2011

By   /s/ Rachel B. Ommerman
Rachel B. Ommerman, #21868
Daniel S. Rabin, #13253
Berman & Rabin, P.A.
15280 Metcalf Avenue
Overland Park, KS 66223
(913) 649-1555
(913) 652-9474 (fax)
rommerman@bermanrabin.com
drabin@bermanrabin.com
ATTORNEY FOR DEFENDANT